Smith v. Snodgrass.

SMITH v. SNODGRASS.

Where a justice of the peace sent up to the district court an amended transcript, on discovering an omission in the one first sent up, and within the time required for the returning of the transcript in appeal cases, it is error in the district court to reject such amended transcript.

*Appeal from Polk District Court.*

*Opinion by* GREENE, J. This suit was commenced before a justice of the peace by E. Smith against W. and A. Snodgrass. Plaintiff recovered judgment, and defendants appealed to the district court. It appears that before the justice the defendants filed a set-off, which was orally denied by plaintiff, but this fact not appearing in the original transcript, filed by the justice, he subsequently and within the time directed for returning the transcript, filed an amended transcript, showing plaintiff's reply and denial of defendants' set-off. This amended transcript was ruled out by the district court, and judgment was rendered in favor of defendants.

Among the objections urged to this proceeding, the only one to be considered is, did the court err in rejecting the amended transcript? Where a justice in the first instance neglects to make a full return, he clearly is authorized to correct or perfect such return, by sending up an additional or more complete transcript. This he may do when the omission is discovered, or upon rule f om the district court to perfect his return.

The amended transcript in this case was important. It showed that the items of plaintiff's set-off had been denied before the justice. But from the instructions to the jury in the district court, we infer that they were taken as true without proof, because the defective transcript before the court, did not show that they had been denied before

the justice. We are of the opinion, therefore, that the court erred in excluding the amended transcript.

Judgment reversed.

*C. Bates* and *D. O. Finch,* for appellants.

*J. E. Jewett,* for appellee.